MARIANNE RISSER *v.* BURTON RISSER

The plaintiff's petition for certification for appeal from the Appellate Court, 37 Conn. App. 926 (AC 12640), is denied.

*Marianne Risser,* pro se, in support of the petition.

Decided July 17, 1995

JOYCE STEWART *v.* MIDDLESEX INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 38 Conn. App. 194 (AC 12968), is denied.

*Robert G. Golger,* in support of the petition.

Decided July 17, 1995

STATE OF CONNECTICUT *v.* AARON SLOAN

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 908 (AC 11906), is denied.

*Barry A. Butler,* assistant public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided July 17, 1995

TOWN OF THOMASTON *v.* EDWARD F. GEBELEIN, JR.

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 903 (AC 13106), is denied.